George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Michael Bedolla (California Bar No. 302517)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
mbedolla@kraw.com

Attorneys for:
Western States Insulators and Allied Workers Pension Plan;
Western States Insulators and Allied Workers Health Plan;
Western States Insulators and Allied Workers Individual Account Plan;
Board of Trustees of the Western States Insulators and Allied Workers Pension Plan;
Board of Trustees of the Western States Insulators and Allied Workers Health Plan;
Board of Trustees of the Western States Insulators and Allied Workers Individual Account Plan.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WESTERN STATES INSULATORS AND ALLIED WORKERS PENSION FUND, et al.<br><br>                          Plaintiffs,<br><br>               v.<br><br>FRONTIER, INC.<br><br>                          Defendant. | Case No.:<br>3:17-cv-04434-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)**<br><br>Judge:   Hon. Sallie Kim<br><br>Action Filed:  August 4, 2017 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Western States Insulators and Allied Workers Pension Plan, Western States Insulators and Allied Workers Health Plan, Western States Insulators and Allied Workers Individual Account Plan, and the Boards of Trustees for same ("Plaintiffs"), and their counsel of record hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant Frontier, Inc. A responsive pleading has not been filed in this action.

1
2
3  Date:   Oct. 26, 2017                    /s/ Michael Bedolla
4                                           Michael Bedolla
                                            Counsel for Plaintiffs
5
...
28